B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Divine Capital LW, LLC** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $8-10 million | | |
| B - Personal Property | Yes | 3 | $417,035.46 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $14,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $6,348.92 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $303,146.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | $N/A |
| **TOTAL** | | 30 | $8,417,035.46 - $10,417,035.46 | $14,309,495.08 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Divine Capital LW, LLC**          Case No.   **10-47363-AJC**

                                         Debtor(s)          Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re   **Divine Capital LW, LLC**                                                    Case No.    10-47363-AJC
_____          _____
                              Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 111 NW 183rd Street, 18425 NW 2nd Avenue & 18441 NW 2nd Avenue, Miami Gardens, FL 33169 | Fee simple | - | Estimated value of $8-10 million, but subject to valuation | Approx. $14,000,000 |
| | | Total: | $8-10 million | |

(Report also on Summary of Schedules)

Sheet 1 of 1 total sheets in Schedule of Real Property

B 6B (Official Form 6B) (12/07)

In re   Divine Square LW, LLC_____,        Case No.   10-47363-AJC_____
                    **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | Accounts at FirstBank Florida | | 15,628.02 |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | | Deposit at FPL | | 104,044.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Divine Square LW, LLC                         ,          Case No.   10-47363-AJC
                        **Debtor**                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | 296,767.93 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Divine Square LW, LLC _____ ,    Case No.  10-47363-AJC _____
            **Debtor**                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer | | 595.51 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ continuation sheets attached    Total▶ | $ | 417,035.46

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re   **Divine Capital LW, LLC**                                        Case No.   10-47363-AJC
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. | | | N A | 111 NW 183rd Street, 18425 NW 2nd Avenue & 18441 NW 2nd Avenue, Miami Gardens, FL 33169 **Value of property estimated at $8-10 million, but subject to valuation.** | X | X | | | **$4-6 million (estimated, but subject to valuation)** |
| **Intervest National Bank 625 Court Street Clearwater, FL 33756** | | | | | | | | | |
| | | | | VALUE           $8-10 million | | | | $14,000,000.00 | |
| | | | | Total(s) (Use only on last page) | | | | $14,000,000.00 | $4-6 million |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 1 of 1 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B 6E (Official Form 6E) (04/10)

In re  Divine Square LW, LLC                    ,          Case No. 10-47363-AJC
                    Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) -- Cont.

In re  Divine Square LW, LLC _____ ,        Case No._10-47363-AJC_____
                    Debtor                                          *(if known)*


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


_____ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re __Divine Square LW, LLC_____ ,    Case No. __10-47363-AJC_____
               Debtor                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Florida Department of Revenue, 5050 West Tennessee Street, Tallahassee, FL 32399 | | | November 2010 sales tax | | | | 6,348.92 | 6,348.92 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims        Subtotals➤ (Totals of this page) | $ | $ | |

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6F (Official Form 6F) (12/07)

In re    **Divine Capital LW, LLC**                                                    Case No.    10-47363-AJC
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| A-1 Fire Equipment, Corp. 3619 NW 2nd Avenue Miami, FL 33127 | | N A | | | | | | 100.00 |
| ACCOUNT NO. | | | | | | | | |
| Abood Wood Fay Management, LLC 311 Park Place Blvd., Suite 600 Clearwater, FL 33759 | | N A | | | | | | 16.76 |
| ACCOUNT NO. | | | | | | | | |
| Advanced Integrated Services 4700 SW 51st Street Suite 206 Fort Lauderdale, FL 33314 | | N A | | | | | | 561.50 |

Sheet  1 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Divine Capital LW, LLC**                                     Case No    10-47363-AJC

                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | J C | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| **AJC Medical Staffing** <br> **111 NW 183rd Street** <br> **Unit 402** <br> **Miami Gardens, FL 33169** | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. <br><br> **subject to setoff** | | | | **500.00** |
| **ACCOUNT NO.** | | | | | | | | |
| **ALKO Systems, Inc.** <br> **P.O. Box 611682** <br> **Miami, FL 33161** | | N | A | | | | | **251.45** |
| **ACCOUNT NO.** | | | | | | | | |
| **American Plumbing** <br> **1735 Alton Road** <br> **Miami Beach, FL 33139-2411** | | N | A | | | | | **266.91** |
| **ACCOUNT NO.** | | | | | | | | |
| **American Star Services, Inc.** <br> **111 NW 183rd Street** <br> **Unit 109** <br> **Miami Gardens, FL 33169** | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. <br><br> **subject to setoff** | | | | **550.00** |

Sheet  2 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Divine Capital LW, LLC**                                                    Case No      10-47363-AJC
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| **AMS** 18441 NW 2nd Avenue Unit 217 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 2,166.00 |
| **ACCOUNT NO.** | | | | | | | | |
| **AT&T** PO Box 105262 Atlanta, GA 30348-5262 | | N | A | | | | | 952.19 |
| **ACCOUNT NO.** | | | | | | | | |
| **Automatic Entrances, Inc.** 14300 N.W. 4th Street Sunrise, FL 33325 | | N | A | | | | | 572.73 |
| **ACCOUNT NO.** | | | | | | | | |
| **Bayview Center** 111 NW 183rd Street 5th Floor Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 24,000.00 |

Sheet  3 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL – (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC_____          Case No __10-47363-AJC_____

                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | Husband, Wife, Joint, or Community | | | | | |
| ACCOUNT NO. | | | | | | | |
| Beasley FM Acquistion 3033 RIVIERA DRIVE☐☐ Suite 200 Naples, FL 34103 | | N A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  **subject to setoff** | | | | 1,658.50 |
| ACCOUNT NO. | | | | | | | |
| Blazer Corp. 15492 SW 102 Avenue Miami, FL 33157 | | N A | | | | | 550.00 |
| ACCOUNT NO. | | | | | | | |
| CBS Property Maintenance 5151 SW 89th Avenue Cooper City, FL 33328 | | N A | | | | | 835.00 |
| ACCOUNT NO. | | | | | | | |
| City of North Miami Beach P.O. Box 600427 North Miami Beach, FL 33160-0427 | | N A | | | | | 3,040.58 |
| ACCOUNT NO. | | | | | | | |
| Colliers Abood Wood-Fay 311 Park Place Blvd., Suite 600 Clearwater, FL 33756 | | N A | | | | | 15,844.70 |

Sheet  4 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC__                                    Case No __10-47363-AJC__
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Colliers Arnold<br>311 Park Place Blvd., Suite 600<br>Clearwater, FL 33756 | | N A | | | | | 806.92 |
| ACCOUNT NO. | | | | | | | |
| Control Building Services, Inc.<br>P.O. Box 560215<br>Miami, FL 33256 | | N A | | | | | 15,351.29 |
| ACCOUNT NO. | | | | | | | |
| Cornerstone Solutions, Inc.<br>111 NW 183rd Street<br>Unit 412<br>Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.<br><br>subject to setoff | | | | 2,150.00 |
| ACCOUNT NO. | | | | | | | |
| Creative Carpet Concepts<br>7310 SW 45th Street<br>Miami, FL 33155 | | N A | | | | | 5,069.24 |
| ACCOUNT NO. | | | | | | | |
| Dalco Electric, Inc.<br>7234 NW 66 Street<br>Miami, FL 33166 | | N A | | | | | 750.00 |

Sheet  5 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC__                          Case No __10-47363-AJC__
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Debon Air 2649 W 81 Street Unit 4 Hialeah, FL 33016 | | N | A | | | | | 8,818.35 |
| ACCOUNT NO. | | | | | | | | |
| Diamond Edge 111 NW 183rd Street Unit 104AB Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 500.00 |
| ACCOUNT NO. | | | | | | | | |
| Douglas Orr Plumbing, Inc. 301 Flagler Drive Miami, FL 33166 | | N | A | | | | | 675.51 |
| ACCOUNT NO. | | | | | | | | |
| Dr. Kenneth W. Osborn, P.A. 111 NW 183rd Street Unit 300 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 3,522.00 |

Sheet  6 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Divine Capital LW, LLC**                              Case No   10-47363-AJC
                                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ebonie M. Mukasa<br>18441 NW 2nd Avenue<br>Unit 219<br>Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.<br><br>subject to setoff | | | | 600.00 |
| ACCOUNT NO. <br><br> Eckerd Youth Alternatives<br>18441 NW 2nd Avenue<br>Unit 403<br>Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.<br><br>subject to setoff | | | | 3,952.00 |
| ACCOUNT NO. <br><br> Essex Electrical Services, Inc.<br>16513 Sapphire Street<br>Weston, FL 33331 | | N A | | | | | 1,015.00 |
| ACCOUNT NO. <br><br> Everest Institute<br>111 NW 183rd Street<br>Unit 200<br>Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. | | | | 20,588.58 |

Sheet  7 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Divine Capital LW, LLC**  _____    Case No    10-47363-AJC  _____

 Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| **First Choices RX-Infusn, LLC** **111 NW 183rd Street** **Unit 110** **Miami Gardens, FL 33169** | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 4,867.50 |
| ACCOUNT NO. | | | | | | | | |
| **Florida Power & Light** **FPL - General Mail Facility** **Miami, FL 33188-0001** | | N | A | | | | | 28,759.45 |
| ACCOUNT NO. | | | | | | | | |
| **Gifted Health Group** **111 NW 183rd Street** **Unit 414** **Miami Gardens, FL 33169** | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 2,738.00 |
| ACCOUNT NO. | | | | | | | | |
| **Greater Miami Property Service** **10521 SW 165 Street** **Miami, FL 33157** | | N | A | | | | | 16,000.00 |
| ACCOUNT NO. | | | | | | | | |
| **Gregory R. Beck** **The Blackstone Building** **707 Southeast 3rd Ave., 6th Floor** **Fort Lauderdale, FL 33316** | | N | A | | | | | 5,051.65 |

Sheet  8 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Divine Capital LW, LLC**                                      Case No    10-47363-AJC
_____                              _____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| **Health Opportunity** 18441 NW 2nd Avenue Unit 300 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 3,680.00 |
| **ACCOUNT NO.** | | | | | | | | |
| **HOPE** 18441 NW 2nd Avenue Unit 218 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 6,937.50 |
| **ACCOUNT NO.** | | | | | | | | |
| **Integrity Medical Serv.** 18441 NW 2nd Avenue Unit 215 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 1,926.89 |
| **ACCOUNT NO.** | | | | | | | | |
| **Judson Architecture, Inc.** 18425 NW 2nd Avenue Unit 402 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. **subject to setoff** | | | | 4,894.00 |

Sheet  9 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC_____          Case No __10-47363-AJC_____
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | J C | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| Kone Inc. P.O. Box 429 Moline, IL 61266-0429 | | N | A | | | | | 10,481.05 |
| **ACCOUNT NO.** | | | | | | | | |
| Kristi House, Inc. 18441 NW 2nd Avenue Unit 500 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.<br><br>subject to setoff | | | | 2,109.33 |
| **ACCOUNT NO.** | | | | | | | | |
| Latite Roofing & Sheet Metal 2280 W. Copans Road Pompano Beach, FL 33069 | | N | A | | | | | 1,008.73 |
| **ACCOUNT NO.** | | | | | | | | |
| Marlins Clean Green Inc. 1500 NW 122 Street North Miami, FL 33167 | | N | A | | | | | 6,460.75 |
| **ACCOUNT NO.** | | | | | | | | |
| Mennonite Central 111 NW 183rd Street Unit 403 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.<br><br>subject to setoff | | | | 1,425.00 |

Sheet 10 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC__                                      Case No __10-47363-AJC__
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Miami Carnival, Inc. 18425 NW 2nd Avenue Unit 335 Miami Gardens, FL 33169 | | N A | | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. subject to setoff | | | | 2,424.12 |
| ACCOUNT NO. | | | | | | | | |
| Nor-Seg 1021 Ives Dairy Road Suite 220 Miami, FL 33179 | | N A | | | | | | 6,330.12 |
| ACCOUNT NO. | | | | | | | | |
| Nursing Unlimited 18441 NW 2nd Avenue Unit 18405 Miami Gardens, FL 33169 | | N A | | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. subject to setoff | | | | 8,500.00 |
| ACCOUNT NO. | | | | | | | | |
| Office of F.S. Wilson 18425 NW 2nd Avenue Unit 310 Miami Gardens, FL 33169 | | N A | | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. subject to setoff | | | | 1,250.00 |

Sheet 11 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F)  (12/07) - Cont.

In re   **Divine Capital LW, LLC**                                                    Case No    10-47363-AJC
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| ACCOUNT NO. | | | | | | | | |
| OrchidMan Landscape Artisans 2901 Ponce de Leon Blvd. Coral Gables, FL 33134 | | N | A | | | | | 405.00 |
| ACCOUNT NO. | | | | | | | | |
| Otis Elevator Company P.O. Box 905454 Charlotte, NC 28290-5454 | | N | A | | | | | 9,939.95 |
| ACCOUNT NO. | | | | | | | | |
| Parent Child 111 NW 183rd Street Unit 351 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 2,242.00 |
| ACCOUNT NO. | | | | | | | | |
| Pick's Safe & Lock Corp. P.O. Box 972917 Miami, FL 33197-2917 | | N | A | | | | | 1,243.12 |
| ACCOUNT NO. | | | | | | | | |
| Rachel Diaz, Attorney at Law 111 NW 183rd Street Unit 404 Miami Gardens, FL 33169 | | N | A | Unmatured claim for return of security deposit.  Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 1,025.00 |

Sheet 12 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Divine Capital LW, LLC**                                  Case No   10-47363-AJC
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Security Services of America P.O. Box 60840 Charlotte, NC 28260-0850 | | N A | | | | | 7,631.24 |
| ACCOUNT NO. | | | | | | | |
| Service Employees Int'l. 18441 NW 2nd Avenue Unit 402 Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 18,367.00 |
| ACCOUNT NO. | | | | | | | |
| The Advocate Program 18425 NW 2nd Avenue Unit 100 Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 5,000.00 |
| ACCOUNT NO. | | | | | | | |
| The Brewster Group 111 NW 183rd Street Unit 350 Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff.  subject to setoff | | | | 1,521.85 |

Sheet 13 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Divine Capital LW, LLC__                                    Case No __10-47363-AJC__
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| TM Realty Services, LLC 2150 Coral Way Miami, FL 33145 | | N A | | | | | 20,000.00 |
| ACCOUNT NO. | | | | | | | |
| TOC Investments, LLC 111 NW 183rd Street Unit 101 Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. subject to setoff | | | | 802.50 |
| ACCOUNT NO. | | | | | | | |
| Total Home Health, Inc. 18425 NW 2nd Avenue Unit 350 Miami Gardens, FL 33169 | | N A | Unmatured claim for return of security deposit. Debtor reserves all of its rights under lease agreement, including, without limitation, its right of setoff. subject to setoff | | | | 3,937.50 |
| ACCOUNT NO. | | | | | | | |
| USA Distributors, Inc. P.O. Box 668255 Miami, FL 33166 | | N A | . | | | | 521.70 |
| | | | Total (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 303,146.16 |

Sheet 14 of 14 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Divine Capital LW, LLC** _____   Case No.   10-47363-AJC _____

   Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| **SEE ATTACHED RENT ROLL** | **Commercial Leases (Debtor is Lessor) Lincoln North is located at 18441 NW 2nd Ave., Miami Gardens, FL. Lincoln South is located at 18425 NW 2nd Ave., Miami Gardens, FL. Washington Square is located at 111 NW 183rd St., Miami Gardens, FL.** |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Commercial Properties
As of Date: 10-31-2010

Summarized Commercial Rent Roll

11-14-2010  Page 1

Property: 001-LM  Lincoln North

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(N)/ Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | Office | VACANT | 8-31-2010 | 1,973.00 | 2.76 % | 2,519.74 | | | 30,236.88 | 16.14 | | | | | |
| 103 | Office | OCCUPIED | N/A | 1,243.00 | 1.83 % | | 2,627.90 | 714.73 | 31,534.80 | 25.37 | LM-USDA(0) | 05-09-2000 A | 05-08-2011 | | |
| | | PRIMARY TENANT ID: LM-USDA  USDA (GSA) | | | | | | | | | | | | | |
| 106 | Office | VACANT | | 1,711.00 | 2.52 % | | | | .00 | | | | | | |
| 108 | Office | VACANT | | 1,348.00 | 1.99 % | | | | .00 | | | | | | |
| 112 | Office | OCCUPIED | N/A | 11,124.00 | 16.38 % | | 13,886.46 | 6,396.30 | 166,637.52 | 14.98 | LM-SSA(0) | 05-09-2000 A | 05-08-2011 | | |
| | | PRIMARY TENANT ID: LM-SSA  SSA (GSA) | | | | | | | | | | | | | |
| 214 | Office | OCCUPIED | N/A | 1,468.00 | 2.16 % | | 1,957.33 | 326.22- | 23,487.96 | 16.00 | Additional Space(0) | 06-01-2010 A | 11-30-2010 | | |
| | | PRIMARY TENANT ID: LM-Health  Health Opportunity | | | | | | | | | | | | | |
| 215 | Office | OCCUPIED | N/A | 1,212.00 | 1.79 % | | 1,421.07 | | 17,052.84 | 14.07 | LM-Integri(0) | 08-01-2005 A | 02-28-2011 | | |
| | | PRIMARY TENANT ID: LM-Integri  Integrity Medical Serv. | | | | | | | | | | | | | |
| 216 | Office | VACANT | | 740.00 | 1.09 % | | | | .00 | | | | | | |
| 217 | Office | OCCUPIED | N/A | 1,070.00 | 1.58 % | | 1,778.88 | | 21,346.56 | 19.95 | LM-AMS(0) | 10-18-2006 A | 02-28-2012 | | |
| | | PRIMARY TENANT ID: LM-AMS  AMS | | | | | | | | | | | | | |
| 218 | Office | OCCUPIED | N/A | 2,714.00 | 4.00 % | | 3,824.30 | | 45,891.60 | 16.91 | LM-Hope(0) | 01-01-2008 A | 06-30-2010 | | |
| | | PRIMARY TENANT ID: LM-Hope  HOPE | | | | | | | | | | | | | |
| 219 | Office | OCCUPIED | N/A | 722.00 | 1.06 % | | | | .00 | | LM-Ebonie(0) | 10-01-2010 A | | | |
| | | PRIMARY TENANT ID: LM-Ebonie  Ebonie M. Mokaas | | | | | | | | | | | | | |
| 224 | Office | VACANT | | 500.00 | .74 % | | | | .00 | | | | | | |
| 300 | Office | OCCUPIED | N/A | 7,301.00 | 10.75 % | | 10,823.73 | 50.00 | 129,884.76 | 17.79 | LM-Health(0) | 04-15-2005 A | 05-31-2014 | | |
| | | PRIMARY TENANT ID: LM-Health  Health Opportunity | | | | | | | | | | | | | |
| 306 | Office | OCCUPIED | N/A | 2,550.00 | 3.76 % | | 3,183.25 | 1,466.25 | 38,199.00 | 14.98 | LM-FBI306(0) | 05-09-2000 A | 05-08-2011 | | |
| | | PRIMARY TENANT ID: LM-FBI306  FBI (GSA) | | | | | | | | | | | | | |
| 320 | Office | VACANT | | 1,204.00 | 1.77 % | | | | .00 | | | | | | |
| 407 | Office | OCCUPIED | N/A | 11,249.00 | 16.57 % | | 14,042.50 | 6,468.18 | 168,510.00 | 14.98 | LM-FBI407(0) | 05-09-2000 A | 05-08-2011 | | |
| | | PRIMARY TENANT ID: LM-FBI407  FBI (GSA) | | | | | | | | | | | | | |
| 500 | Office | OCCUPIED | N/A | 1,582.00 | 2.33 % | | 2,109.33 | | 25,311.96 | 16.00 | LM-Kristi(0) | 07-01-2009 A | 06-30-2011 | | |
| | | PRIMARY TENANT ID: LM-Kristi  Kristi House, Inc | | | | | | | | | | | | | |
| 502 | Office | OCCUPIED | N/A | 5,757.00 | 8.48 % | | 9,932.87 | | 119,194.44 | 20.70 | LM-Service(0) | 12-01-2006 A | 11-30-2009 | | |
| | | PRIMARY TENANT ID: LM-Service  Service Employees Int'l | | | | | | | | | | | | | |
| 550 | Office | VACANT | | 3,939.00 | 5.77 % | | | | .00 | | | | | | |

Commercial Properties

Summarized Commercial Rent Roll

11-14-2010    Page 2

As of Date: 10-31-2010

Property: 001-LM Lincoln North

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(A)/Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18405 | Office | OCCUPIED | N/A | 6,670.00 | 9.82 % | | 9,839.83 | 225.00 | 118,077.96 | 17.70 | LM-Nursing(0) | 03-01-2007 A | 02-28-2013 | | |
| PRIMARY TENANT ID: LM-Nursing Nursing Unlimited | | | | | | | | | | | | | | | |
| 220-222 | Office | VACANT | | 1,938.00 | 2.85 % | | | | | .00 | | | | | |

Property 001-LM Summary Totals:

| | |
|---|---|
| Total Occupied Sq Ft (Rentable): | 54,662.00 |
| Total Vacant Sq Ft (Rentable): | 13,232.00 |
| Total Sq Ft (Rentable): | 67,894.00 |
| Total Previous Rent For Vacant Units: | 2,559.74 |
| Total Monthly Rent For Occupied Units: | 75,427.45 |
| Total Other Monthly Charges For Occupied Units: | 15,094.24 |
| Total Annual Rent For All Units: | 935,366.28 |
| Total Annual Rent Per Sq Ft For All Units: | 13.78 |
| Total # of Units: | 21 |
| Percentage Occupied: | 80.51 % |

Commercial Properties

As of Date: 10-31-2010

Summarized Commercial Rent Roll

11-14-2010    Page 3

Property: 001-LS Lincoln South

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(A)/Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Office | OCCUPIED | N/A | 3,414.00 | 7.38 % | | 5,153.01 | 600.00 | 61,836.12 | 18.11 | LS-Advocat(0) | 12-01-2008 A | 11-30-2012 | | |
| | PRIMARY TENANT ID: LS-Advocat  The Advocate Program | | | | | | | | | | | | | | |
| 105 | Office | OCCUPIED | N/A | 950.00 | 2.05 % | | 1,575.00 | | 18,900.00 | 19.89 | LS-Bendell(0) | 08-15-2007 A | 07-14-2009 | | |
| | PRIMARY TENANT ID: LS-Bendell  Bendell Insurance | | | | | | | | | | | | | | |
| 107 | Office | OCCUPIED | N/A | 660.00 | 1.38 % | | | | | .00 | LS-FLJJ(0) | 04-01-2001 A | 04-30-2012 | | |
| | PRIMARY TENANT ID: LS-FLJJ  Fl Dept. of Juvenile Justice | | | | | | | | | | | | | | |
| 200 | Office | OCCUPIED | N/A | 9,889.00 | 21.37 % | | 16,074.27 | | 192,891.24 | 19.51 | LS-FLJJ20(0) | 04-01-2001 A | 04-30-2012 | | |
| | PRIMARY TENANT ID: LS-FLJJ  Fl Dept of Juvenile Justice | | | | | | | | | | | | | | |
| 310 | Office | OCCUPIED | N/A | 1,250.00 | 2.70 % | | 1,914.06 | | 22,968.72 | 18.37 | LS-Wilson(0) | 11-01-2006 A | 11-30-2012 | | |
| | PRIMARY TENANT ID: LS-Wilson  Office of F.S.Wilson | | | | | | | | | | | | | | |
| 335 | Office | OCCUPIED | N/A | 1,143.00 | 2.47 % | | 1,875.23 | | 22,502.76 | 19.69 | LS-MiaCar(0) | 09-01-2006 A | 01-31-2012 | | |
| | PRIMARY TENANT ID: LS-MiaCar  Miami Carnival, Inc. | | | | | | | | | | | | | | |
| 340 | Office | VACANT | | 1,136.00 | 2.45 % | | | | | .00 | | | | | |
| 350 | Office | OCCUPIED | N/A | 2,256.00 | 4.88 % | | 3,937.50 | | 47,250.00 | 20.93 | LS-TotHome(0) | 09-01-2010 A | | | |
| | PRIMARY TENANT ID: LS-TotHome  Total Home Health, Inc. | | | | | | | | | | | | | | |
| 355 | Office | VACANT | | 3,400.00 | 7.35 % | | | | | .00 | | | | | |
| 400 | Office | VACANT | | 978.00 | 2.11 % | | | | | .00 | | | | | |
| 401 | Office | VACANT | | 1,978.00 | 4.27 % | | | | | .00 | | | | | |
| 402 | Office | OCCUPIED | N/A | 1,631.00 | 3.52 % | | 2,711.54 | | 32,538.48 | 19.95 | LS-Judson(0) | 01-15-2007 A | 01-31-2012 | | |
| | PRIMARY TENANT ID: LS-Judson  Judson Architecture, Inc | | | | | | | | | | | | | | |
| 403 | Office | OCCUPIED | N/A | 1,482.00 | 3.20 % | | 2,159.23 | | 25,910.76 | 17.48 | LS-Eckerd(0) | 09-15-2006 A | 09-14-2012 | | |
| | PRIMARY TENANT ID: LS-Eckerd  Eckerd Youth Alternatives | | | | | | | | | | | | | | |
| 425 | Office | VACANT | | 4,140.00 | 8.95 % | | | | | .00 | | | | | |
| 500 | Office | OCCUPIED | N/A | 11,250.00 | 24.31 % | | 14,043.75 | 6,468.75 | 168,525.00 | 14.98 | LS-FBI(0) | 05-09-2000 A | 05-08-2011 | | |
| | PRIMARY TENANT ID: LS-FBI  FBI (GSA) | | | | | | | | | | | | | | |
| 350B | Office | OCCUPIED | N/A | 742.00 | 1.60 % | | | | | .00 | LS-TotHome(0) | 09-01-2010 A | | | |
| | PRIMARY TENANT ID: LS-TotHome  Total Home Health, Inc. | | | | | | | | | | | | | | |

Commercial Properties

As of Date: 10-31-2010

Summarized Commercial Rent Roll

11-14-2010        Page 4

Property: 001-LS  Lincoln South

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(A)/ Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PKLOT | Office | OCCUPIED | N/A | .00 | .00 % | | 1,596.50 | | 19,158.00 | .00 | LS-Beasley(0) | 04-01-2009  A | 03-31-2014 | | |

PRIMARY TENANT ID: LS-Beasley  Beasley RE Acquisition

Property 001-LS Summary Totals:

```
              Total Occupied Sq Ft (Rentable):   34,649.00
                Total Vacant Sq Ft (Rentable):   11,632.00
                      Total Sq Ft (Rentable):   46,281.00

      Total Previous Rent For Vacant Units:          .00
       Total Monthly Rent For Occupied Units:   51,040.09
Total Other Monthly Charges For Occupied Units:    7,068.75

          Total Annual Rent For All Units:    612,481.08
     Total Annual Rent Per Sq Ft For All Units:      13.23

                    Total # of Units:                17
                 Percentage Occupied:            74.87 %
```

Commercial Properties

As of Date: 10-31-2010

Property: 001-WSH Washington

Summarized Commercial Rent Roll

11-14-2010          Page 5

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(A)/Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | Office | VACANT | | 575.00 | .74 % | | | | | .00 | | | | | |
| 101 | Office | OCCUPIED | N/A | 265.00 | .34 % | | 421.31 | | 5,055.72 | 19.08 | WSH-TOC(0) | 07-01-2007 A | | | |
| | PRIMARY TENANT ID: WSH-TOC TOC Investments, LLC | | | | | | | | | | | | | | |
| 105 | Office | VACANT | | 495.00 | .64 % | | | | | .00 | | | | | |
| 109 | Office | OCCUPIED | N/A | 161.00 | .21 % | | 275.00 | | 3,300.00 | 20.50 | WSH-America(0) | 01-12-2009 A | 12-31-2009 | | |
| | PRIMARY TENANT ID: WSH-America America Star Services, Inc | | | | | | | | | | | | | | |
| 110 | Office | OCCUPIED | N/A | 1,746.00 | 2.26 % | | 2,979.11 | | 35,749.32 | 20.47 | WSH-First(0) | 08-01-2006 A | 01-31-2014 | | |
| | PRIMARY TENANT ID: WSH-First First Choice RX-Infusion, LLC | | | | | | | | | | | | | | |
| 200 | Office | OCCUPIED | N/A | 25,704.00 | 33.24 % | | 45,453.24 | | 545,438.88 | 21.22 | WSH-Corin(0) | 04-01-2008 A | 12-31-2014 | | |
| | PRIMARY TENANT ID: WSH-Corin Everest Institute/National Sch | | | | | | | | | | | | | | |
| 300 | Office | OCCUPIED | N/A | 1,944.00 | 2.51 % | | 2,650.00 | 25.00 | 31,800.00 | 16.36 | WSH-Osborn(0) | 07-01-2000 A | 01-31-2011 | | |
| | PRIMARY TENANT ID: WSH-Osborn Dr. Kenneth W. Osborn, P.A. | | | | | | | | | | | | | | |
| 325 | Office | OCCUPIED | N/A | 2,880.00 | 3.72 % | | 3,276.00 | | 39,312.00 | 13.65 | WSH-Mk325(0) | 01-03-2007 A | 01-02-2011 | | |
| | PRIMARY TENANT ID: WSH-Mk325 Congressman Kendrick B. Meck | | | | | | | | | | | | | | |
| 350 | Office | OCCUPIED | N/A | 1,417.00 | 1.83 % | | 1,761.73 | | 21,140.76 | 14.92 | WSH-Brew(0) | 08-14-2004 A | 10-31-2010 | | |
| | PRIMARY TENANT ID: WSH-Brew The Brewster Group | | | | | | | | | | | | | | |
| 351 | Office | OCCUPIED | N/A | 1,000.00 | 1.25 % | | 1,143.42 | | 13,721.04 | 13.72 | WSH-Parent(0) | 12-01-1998 A | | | |
| | PRIMARY TENANT ID: WSH-Parent Parent Child | | | | | | | | | | | | | | |
| 400 | Office | VACANT | 7-01-2010 | 2,576.00 | 3.33 % | | | | | .00 | | | | | |
| 402 | Office | OCCUPIED | N/A | 443.00 | .57 % | | 600.00 | | 7,200.00 | 16.25 | WSH-AJC(0) | 05-01-2008 A | 04-30-2010 | | |
| | PRIMARY TENANT ID: WSH-AJC AJC Medical Staffing | | | | | | | | | | | | | | |
| 403 | Office | OCCUPIED | N/A | 569.00 | .74 % | | 824.78 | | 9,899.36 | 17.39 | WSH-Mennonite(0) | 03-01-2006 A | 01-31-2011 | | |
| | PRIMARY TENANT ID: WSH-Mennon Mennonite Central | | | | | | | | | | | | | | |
| 404 | Office | OCCUPIED | N/A | 438.00 | .57 % | | 593.13 | | 7,117.56 | 16.25 | WSH-Diaz(0) | 07-10-2008 A | 01-31-2011 | | |
| | PRIMARY TENANT ID: WSH-Diaz Rachel Diaz, Attorney At Law | | | | | | | | | | | | | | |
| 408 | Office | VACANT | 9-01-2010 | 1,193.00 | 1.54 % | 1,000.00 | | | 12,000.00 | 10.06 | | | | | |
| 410 | Office | VACANT | | 877.00 | 1.13 % | | | | | .00 | | | | | |
| 412 | Office | OCCUPIED | N/A | 1,719.00 | 2.22 % | | 2,257.50 | | 27,090.00 | 15.76 | WSH-Corner(0) | 06-15-2006 A | 01-31-2013 | | |
| | PRIMARY TENANT ID: WSH-Corner Cornerstone Solutions, Inc | | | | | | | | | | | | | | |
| 414 | Office | OCCUPIED | N/A | 1,125.00 | 1.45 % | | 1,821.10 | | 21,853.20 | 19.43 | WSH-Gift(0) | 07-16-2006 A | 01-31-2013 | | |
| | PRIMARY TENANT ID: WSH-Gift Gifted Health Group | | | | | | | | | | | | | | |

Commercial Properties

As of Date: 10-31-2010

Summarized Commercial Rent Roll

11-14-2010                Page 6

Property: 001-WSH Washington

| Unit | Class | Status | Date Available | Rentable Sq Ft | Pct of Property | Previous Rent (Vacant Units) | Monthly Rent | Other Mthly Charges | Annual Rent | Annual Rent Per Sq Ft | Lease ID | Actual(A)/ Intended(I) Move-In Date | Intended (Original) Lease End | Renewal Lease Option Call-up Date | Renewal Lease Option Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420 | Office | VACANT | | 1,723.00 | 2.23 % | | | | | .00 | | | | | |
| 421 | Office | VACANT | | 908.00 | 1.17 % | | | | | .00 | | | | | |
| 422 | Office | VACANT | | 386.00 | .50 % | | | | | .00 | | | | | |
| 423 | Office | VACANT | | 544.00 | .70 % | | | | | .00 | | | | | |
| 426 | Office | VACANT | 7-01-2010 | 2,579.00 | 3.34 % | | | | | .00 | | | | | |
| 104AB | Office | OCCUPIED | N/A | 953.00 | 1.23 % | | 1,002.04 | 25.00 | 12,024.48 | 24.87 | MSH-Diamond(10) | 06-01-2004  A | 05-31-2012 | | |
| PRIMARY TENANT ID: MSH-Diamon  Diamond Edge | | | | | | | | | | | | | | | |
| 104C | Office | VACANT | | 109.00 | .14 % | | | | | .00 | | | | | |
| 104D | Office | VACANT | | 166.00 | .21 % | | | | | .00 | | | | | |
| 104E | Office | VACANT | | 106.00 | .14 % | | | | | .00 | | | | | |
| 108AB | Office | VACANT | | 927.00 | 1.07 % | | | | | .00 | | | | | |
| 315-320 | Office | OCCUPIED | N/A | 3,459.00 | 4.46 % | Congressman Kendrick B. Meek | 5,735.63 | | 68,827.56 | 19.95 | MSH-MK315(10) | 01-03-2007  A | 01-02-2011 | | |
| PRIMARY TENANT ID: MSH-MK315 | | | | | | | | | | | | | | | |
| 405-406 | Office | OCCUPIED | N/A | 1,568.00 | 2.03 % | Investment Equity Development | 1,155.00 | | 13,860.00 | 8.84 | MSH-Invest(0) | 10-01-2007  A | | | |
| PRIMARY TENANT ID: MSH-Invest | | | | | | | | | | | | | | | |
| 5th Floor Office | | OCCUPIED | N/A | 18,880.00 | 24.42 % | Bayview Center | 31,875.73 | | 382,508.76 | 20.26 | MSH-BV500(0) | 04-01-2008  A | 12-31-2010 | | |
| PRIMARY TENANT ID: MSH-BV500 | | | | | | | | | | | | | | | |

Property  001-WSH Summary Totals:

```
Total Occupied Sq Ft (Rentable):                    64,262.00
Total Vacant Sq Ft (Rentable):                      13,064.00
Total Sq Ft (Rentable):                             77,326.00

Total Previous Rent For Vacant Units:                1,600.00
Total Monthly Rent For Occupied Units:             103,824.72
Total Other Monthly Charges For Occupied Units:         50.00

Total Annual Rent For All Units:                 1,257,896.64
Total Annual Rent Per Sq Ft For All Units:              16.27

Total # of Units:                                          31
Percentage Occupied:                                   83.11 %
```

B6H (Official Form 6H) (12/07)

In re   **Divine Capital LW, LLC**                                                      Case No.   **10-43763-AJC**
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jean Joseph<br>2614 NW 41st Street<br>Boca Raton, FL 33434 | Intervest National Bank<br>625 Court Street<br>Clearwater, FL 33756 |
| Global Securities Capital Fund, Ltd.,<br>a Cayman company | Intervest National Bank<br>625 Court Street<br>Clearwater, FL 33756 |
| Regional Capital Investments, LLC,<br>a New Jersey limited liability company<br>701 Route 70 East, Bldg. One<br>Marlton, NJ 08053 | Intervest National Bank<br>625 Court Street<br>Clearwater, FL 33756 |

Sheet 1 of 1 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____ ,          Case No. _____
                    Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                            Debtor

Date _____          Signature: _____
                                                            (Joint Debtor, if any)

                                                [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                    (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Manager__ _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __limited liability company__ _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/21/2010__ _____          Signature: _____

                                                __Justin Dalmolin__
                                                [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.